Matter of Kolassa v Kolassa (2025 NY Slip Op 01465)

Matter of Kolassa v Kolassa

2025 NY Slip Op 01465

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., SMITH, OGDEN, NOWAK, AND HANNAH, JJ.

79 CAF 24-00005

[*1]IN THE MATTER OF BRODY B. KOLASSA, PETITIONER-RESPONDENT,
v
BROOKE L. KOLASSA, RESPONDENT-APPELLANT.  IN THE MATTER OF BROOKE L. KOLASSA, PETITIONER-APPELLANT, 
 BRODY B. KOLASSA, RESPONDENT-RESPONDENT. 

GERALD J. VELLA, SPRINGVILLE, FOR RESPONDENT-APPELLANT AND PETITIONER-APPELLANT. 
MARY S. HAJDU, LAKEWOOD, FOR PETITIONER-RESPONDENT AND RESPONDENT-RESPONDENT.
LYDIA V. EVANS, FREDONIA, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Chautauqua County (Michael J. Sullivan, J.), entered December 15, 2023, in proceedings pursuant to Family Court Act article 6. The order, among other things, adjudged that primary placement of the subject child shall be with Brody B. Kolassa during the school year. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court